# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

ERIC D. SMITH,                   )

                     )

          Plaintiff,      )

v.                        )     No. 1:09-cv-964-WTL-JMS

                     )

JEFF WRIGLEY, et al.,     )

                     )

         Defendants.   )

## E N T R Y

The plaintiff's motion for appointment of counsel has been considered.

The plaintiff's motion for appointment of counsel reveals that the plaintiff is literate and is fully aware of the broad spectrum of events forming the basis of the action. The only things he appears to lack in the pursuit of this case are economic independence and organizational skills sufficient to manage a heavy caseload. The former has not prevented him from accessing the court to present his claims and the latter deficit can be overcome through effort. The plaintiff is fully possessed of adequate abilities to conduct "the tasks that normally attend litigation: evidence gathering, preparing and responding to motions and other court filings, and trial." *Pruitt v. Mote,* 503 F.3d 647, 654-55 (7th Cir. 2007).

Accordingly, the plaintiff's motion for the appointment of counsel is **denied.**

**IT IS SO ORDERED.**

Date:  01/19/2010

                                       *William T Lawrence*

                                 Hon. William T. Lawrence, Judge
                                 United States District Court
                                 Southern District of Indiana

Distribution:

Eric D. Smith
#112675
Westville Correctional Center
5501 South 1100 West
Westville, IN 46391-0473

Bruce Benjamin Paul
bpaul@stites.com

Corinne T.W. Gilchrist
corinne.gilchrist@atg.in.gov

Lynne Denise Hammer
Lynne.Hammer@atg.in.gov